FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2006 DEC 13 PM 3: 49

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| ELONZA LEE COLLINS, | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION NO.: CV605-147 |
| Ms. HENRY, Mail Clerk; Ms. W. WYCHE, Mail Clerk, and Ms. DANSBEY, Mail Clerk, | : | |
| Defendants. | : | |

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's complaint is **DISMISSED**, without prejudice, due to Plaintiff's failure to exhaust his administrative remedies. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment.

**SO ORDERED**, this 13 day of December, 2006.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)